# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2453

_____

United States of America,

        Appellee,

v.

Craig Alan Pfeiferling,

        Appellant.

\*
\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  Southern District of Iowa.
\*
\*  [UNPUBLISHED]
\*

_____

Submitted: October 25, 2010
Filed:   November 5, 2010

_____

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

In this direct criminal appeal, Craig Alan Pfeiferling challenges the sentence the district court[1] imposed after revoking his supervised release. Upon careful review, we conclude that the revocation sentence is not unreasonable. See United States v. Tyson, 413 F.3d 824, 825 (8th Cir. 2005) (per curiam) (revocation sentences are reviewed for unreasonableness in accordance with United States v. Booker, 543 U.S. 220 (2005)). We have also reviewed Pfeiferling's pro se arguments and find them to

_____

[1]The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.

be meritless.  Accordingly, counsel's motion to withdraw is granted, and the judgment is affirmed.

_____